# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Malcolm Springs,

        Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-00588

City of Charlotte,
Charlotte Mecklenburg Police Department,
Mitchell Reedy,
Joseph Maloni,
Marvin Bell,
Brent Harrison

        Respondent(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2012 Order.

                                            Signed: June 7, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court